JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV 11-1358 ODW (JEMx) | Date | October 13, 2011 |
|---|---|---|---|
| Title | *Prem v. Access Services, Inc.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** ORDER REMANDING THE CASE TO STATE COURT

On August 18, 2011, Plaintiff, Arun Prem, a California resident, filed his Second Amended Complaint. (Dkt. No. 32.) The Second Amended Complaint alleges only state law claims and complete diversity between the parties does not exist depriving the Court of its original jurisdiction in this case. *See* 28 U.S.C. §§ 1331, 1332. Accordingly, no original jurisdiction exists, and the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c)(3). *See Ove v. Gwinn*, 264 F.3d 817, 826 (9th Cir. 2001); *San Pedro Hotel Co. v. City of L.A.*, 159 F.3d 470, 478 (9th Cir. 1998). As such, the hearing scheduled for October 24, 2011 is **VACATED**, and the case is **REMANDED** to the Los Angeles County Superior Court. The Clerk of Court shall close this case.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |